**EXHIBIT A**

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Sat Jan 11 03:10:46 EST 2014

Please logout when you are done to release system resources allocated for you.

List At:        OR    to record:        **Record 7 out of 14**

( Use the "Back" button of the Internet Browser to return to TESS)

# CONTOURS

| | |
|---|---|
| Word Mark | CONTOURS |
| Goods and Services | IC 020. US 002 013 022 025 032 050. G & S: mattresses for children's products; mattresses for bassinets; mattresses for cribs. FIRST USE: 20090323. FIRST USE IN COMMERCE: 20090323 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 77427579 |
| Filing Date | March 20, 2008 |
| Current Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | August 26, 2008 |
| Registration Number | 3636417 |
| Registration Date | June 9, 2009 |
| Owner | (REGISTRANT) Kolcraft Enterprises, Inc. CORPORATION ILLINOIS 1100 West Monroe Street Chicago ILLINOIS 60607 |
| Attorney of Record | Catherine Simmons-Gill |
| Prior Registrations | 3038453;3281004 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |